584 A.2d 199
STATE OF NEW JERSEY v. JOSE SERRANO.

May 1, 1990.

Petition for certification denied.

584 A.2d 199
STATE OF NEW JERSEY v. ROBERT JOHNSON.

May 1, 1990.

Petition for certification denied.

584 A.2d 200
STATE OF NEW JERSEY v. BENJAMIN GRABCZEWSKI.

May 1, 1990.

Petition for certification dismissed as moot.

584 A.2d 200
STATE OF NEW JERSEY v. GEORGE REED.

May 1, 1990.

Petition for certification denied.

584 A.2d 200
STATE OF NEW JERSEY v. GEORGE REED.

May 1, 1990.

Cross-petition for certification denied.